**Affirmed and Opinion Filed July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01170-CR

### KERRY WAYNE CLARK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54259-M**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

Kerry Wayne Clark waived a jury and pleaded guilty to theft, having two prior theft convictions. The trial court assessed punishment at confinement in state jail for one year. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 2014

WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and appellate counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
131170F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KERRY WAYNE CLARK, Appellant

No. 05-13-01170-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-54259-M).
Opinion delivered by Justice Francis, Justices Bridges and Lang-Miers participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered July 25, 2014